J-S74012-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| S.W., | : | |
| | : | |
| Appellant | : | No. 2922 EDA 2013 |

Appeal from the PCRA Order Entered August 9, 2013
in the Court of Common Pleas of Delaware County
Criminal Division at No(s): CP-23-CR-0002904-2003

BEFORE:  BENDER, P.J.E., DONOHUE, and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.:**FILED DECEMBER 08, 2014**

I join the Majority Memorandum.  I do so only because I am bound by this Court's opinion in **Commonwealth v. Henkel**, 90 A.3d 16 (Pa. Super. 2014) (*en banc*), holding that claims of ineffectiveness of PCRA counsel cannot be raised for the first time on appeal.  Were I writing on a clean slate, I would adopt the position of P.J.E. Bender in his dissent in **Henkel**.

P.J.E. Bender joins this concurring statement.

Judge Donohue joins this concurring statement.

* Retired Senior Judge assigned to the Superior Court.